

**The following constitutes the order of the court.**
**Signed September 29, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Kamran Irshad,<br><br>    Debtor. | No. 16-42543<br><br>Chapter 7 |

**MEMORANDUM RE MISSING DOCUMENTS**

On September 9, 2016, Debtor filed a voluntary Chapter 7 petition with the Court. On September 13, 2016, the Court issued an *Order to File Required Documents and Notice Regarding Dismissal Non-Compliance* (doc. 6).

To this date, Debtor has filed many of the required documents. However, Debtor has failed to file the following documents:

1) *List of Creditors*

2) *Statement of Financial Affairs for Individuals Filing Bankruptcy (Official Form 107)*

The Court hereby gives notice that if Debtor fails to file the above documents by **Thursday, October 6, 2016**, the case may be dismissed without further notice or hearing.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

**Kamran Irshad**
640 Bailey Road #479
Pittsburg, CA 94565