

The following constitutes the order of the court.
Signed March 2, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Kamran Irshad,

Debtor.

No. 16-42543

Chapter 7

**MEMORANDUM ON ORDER TO VACATE DISMISSAL**

On February 6, 2017, the above-captioned chapter 7 case was closed without a discharge (doc. 24). Despite two prior warnings from the Court, Debtor did not file a Financial Management Course Certificate. Completing such a course, and proving Debtor has done so, is a requirement for discharge under 11 U.S.C. § 727 (a) (11). On February 28, 2017, Debtor filed a *Motion to Vacate Dismissal* (doc. 26). The Court notes that Debtor's case was never dismissed, and therefore, there is no order of dismissal for the Court to vacate.

Should Debtor wish to re-open the above-captioned case, Debtor must file a motion to re-open the case.

*END OF ORDER*

1

**COURT SERVICE LIST**

**Kamran Irshad**
640 Bailey Road #479
Pittsburg, CA 94565